Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

February 25, 2026

Joshua C. Lewis

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO MYRON DICKERSON,<br><br>Defendant. | NO. **CR26-029** LK<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about August 14, 2025, in King County, within the Western District of Washington, LEO MYRON DICKERSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR21-181 RSM, on or about July 8, 2022;

    ii.    *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR20-119 RSL, on or about April 28, 2021; and

Indictment - 1
*United States v. Dickerson*
USAO No. 2025R00924

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

iii. *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR18-226 RSL, on or about February 22, 2019;

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is: a Heckler and Koch P30SK 9mm semiautomatic pistol with an extended capacity magazine, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about August 14, 2025, in King County, within the Western District of Washington, LEO MYRON DICKERSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR21-181 RSM, on or about July 8, 2022;

ii. *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR20-119 RSL, on or about April 28, 2021; and

iii. *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR18-226 RSL, on or about February 22, 2019;

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is: a Romarm/Cugir Micro Draco semiautomatic pistol with an extended capacity magazine, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Indictment - 2
*United States v. Dickerson*
USAO No. 2025R00924

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 3

### (Unlawful Possession of Ammunition)

On or about August 14, 2025, in King County, within the Western District of Washington, LEO MYRON DICKERSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.  *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR21-181 RSM, on or about July 8, 2022;

ii.  *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR20-119 RSL, on or about April 28, 2021; and

iii.  *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR18-226 RSL, on or about February 22, 2019;

knowingly possessed, in and affecting interstate and foreign commerce, ammunition, that is: rounds of Norinco 7.62x39 ammunition and Critical Defense 9mm ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of an offenses alleged in Counts 1-3, LEO MYRON DICKERSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offenses.

//

//

Indictment - 3
*United States v. Dickerson*
USAO No. 2025R00924

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: February 25th, 2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

Indictment - 4
*United States v. Dickerson*
USAO No. 2025R00924

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970